United States Courts
Southern District of Texas
FILED
*February 03, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. M-26-464** |
| | § | |
| **DOUGLAS PRICE** | § | |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**Count One**

On or about January 10, 2026, through on or about January 22, 2026, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**DOUGLAS PRICE**

knowing of the fact that individuals were aliens, did conspire and agree with others known and unknown to the Grand Jurors to bring or attempt to bring to the United States in any manner whatsoever such persons at a place other than a designated port of entry or place other than as designated by the Commissioner, regardless of whether such alien had received prior official authorization to come to, enter, or reside in the United States and regardless of any future official action which may be taken with respect to such aliens.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i), 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

**Count Two**

On or about January 10, 2026, through on or about January 22, 2026, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**DOUGLAS PRICE**

encouraged or induced an alien to come to, enter, or reside in the United States, knowing or in

reckless disregard of the fact that such coming to, entry, or residence is or will be in violation of law.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and 1324(a)(1)(B)(ii).

A TRUE BILL

______________________________
FOREPERSON

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

______________________________
ASSISTANT UNITED STATES ATTORNEY